AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern          DISTRICT OF          New York

Forsta AP-fonden, et al.

V.

Vivendi Universal, S.A., et al.

**APPEARANCE**

Case Number: 07-cv-11628

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Please see attached.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/7/2008 | _[signature]_ |
| Date | Signature |
| | William H. Narwold — WN-1713 |
| | Print Name / Bar Number |
| | Motley Rice LLC, 20 Church Street, 17th Flr. |
| | Address |
| | Hartford / CT / 06103 |
| | City / State / Zip Code |
| | (860) 882-1676 / (860) 882-1682 |
| | Phone Number / Fax Number |

Första AP-fonden,
Baden-Württembergische Investmentgesellschaft mbH,
Pioneer Investment Management Ltd.,
DWS (Austria) Investmentgesellschaft mbH, and
KBC Asset Management N.V.