IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURIITIES LITIGATION<br><br>This document relates to:<br>　　1:08-CV-1983<br>　　1:08-CV-1111<br>　　1:08-CV-950<br>　　1:07-CV-11628<br>　　1:07-CV-10954<br>　　1:07-CV-10578<br>　　1:07-CV-8830<br>　　1:02-CV-5571 | 02 Civ. 5571 (RJH/HBP)<br><br>NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William H. Narwold, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

　　Applicant's Name: Donald A. Migliori

　　Firm Name: Motley Rice LLC

　　Address: 321 South Main Street

　　City/State/Zip: Providence, Rhode Island 02903

　　Phone Number: 401-457-7700

　　Fax Number: 401-457-7708

Donald A. Migliori is a member in good standing of the Bars of the State of Rhode Island, Commonwealth of Massachusetts and State of Minnesota. There are no pending disciplinary proceedings against Donald A. Migliori in any State or Federal court.

Respectfully submitted this 24th day of April, 2008.

        By:    MOTLEY RICE LLC

                */s/ William H. Narwold*
                William H. Narwold (WN-1713)
                MOTLEY RICE LLC
                One Corporate Center
                20 Church Street, 17th Floor
                Hartford, Connecticut 06103
                Telephone: (860) 882-1676
                Facsimile: (860) 882-1682
                bnarwold@motleyrice.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURIITIES LITIGATION<br><br>This document relates to:<br>    1:08-CV-1983<br>    1:08-CV-1111<br>    1:08-CV-950<br>    1:07-CV-11628<br>    1:07-CV-10954<br>    1:07-CV-10578<br>    1:07-CV-8830<br>    1:02-CV-5571 | 02 Civ. 5571 (RJH/HBP)<br><br>AFFIDAVIT OF WILLIAM H. NARWOLD IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

William H. Narwold, being duly sworn, hereby deposes and says as follows:

1. I am a member of Motley Rice LLC, counsel for Plaintiff Capital Invest, die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe GmbH in Docket No. 1:02-CV-5571 and for Plaintiffs in Docket Nos. 1:08-CV-1983, 1:08-CV-1111, 1:08-CV-950, 1:07-CV-11628, 1:07-CV-10954, 1:07-CV-10578 and 1:07-CV-8830. I am familiar with the proceedings in these cases. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Donald A. Migliori as counsel *pro hac vice* to represent the Plaintiffs just identified.

2. I am a member in good standing of the bars of the States of Connecticut and South Carolina and the District of Columbia. I was admitted to practice law in 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this court.

3. I have known Donald A. Migliori since 2003.

4. Donald A. Migliori is a member of Motley Rice LLC and an attorney in good standing of the Bars of the State of Rhode Island, the State of Minnesota and the Commonwealth of Massachusetts.

5. I have found Mr. Migliori to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. I respectfully submit a proposed order granting the admission of Donald A. Migliori, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Donald A. Migliori, pro hac vice, to represent to represent the above-referenced Plaintiffs in the above-captioned matters, be granted.

Respectfully submitted this 24th day of April, 2008.

By: MOTLEY RICE LLC

_____
William H. Narwold (WN-1713)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, Connecticut 06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682
bnarwold@motleyrice.com

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION<br><br>This document relates to:<br>    1:08-CV-1983<br>    1:08-CV-1111<br>    1:08-CV-950<br>    1:07-CV-11628<br>    1:07-CV-10954<br>    1:07-CV-10578<br>    1:07-CV-8830<br>    1:02-CV-5571 | 02 Civ. 5571 (RJH/HBP)<br><br>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of William H. Narwold, counsel for Plaintiff Capital Invest, die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe, and pursuant to Rule 1.3(c) of the local Civil Rules of this Court,

IT IS HEREBY ORDERED that

        Applicant's Name:  Donald A. Migliori

        Firm Name:  Motley Rice LLC

        Address: 321 South Main Street

        City/State/Zip:  Providence, Rhode Island 02903

        Phone Number:  401-457-7700

        Fax Number:  401-457-7708

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case(s) in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

DATED:_____          _____
                                  The Honorable Richard J. Holwell
                                  United States District Judge

## CERTIFICATE OF SERVICE

    This is to certify that on this 25th day of April, 2008, I served a copy of the foregoing Motion to Admit Counsel Pro Hac Vice with the Admissions Clerk of the United States District Court for the Southern District of New York by overnight delivery. I also caused copies of the same, and of this Certificate of Service, to be served on the following parties by electronic mail and first class, United States mail, postage prepaid:

| | |
|---|---|
| Morris A. Bowie, II, Esq.<br>Richard M. Lorenzo, Esq.<br>James G. Szymanski, Esq.<br>DAY PITNEY, LLP<br>875 Third Avenue 28th Floor<br>New York, New York 10022 | Martin L. Perschetz, Esq.<br>Einat Phillip, Esq.<br>Michael E. Swartz, Esq.<br>SCHULTE ROTH & ZABEL, LLP<br>919 Third Avenue<br>New York, New York 10022 |
| Lisa Albert, Esq.<br>Michael J. Malone, Esq.<br>KING & SPAULDING, LLP<br>1185 Avenue of the Americas<br>New York, New York 10036 | Jonathan D. Polkes, Esq.<br>James W. Quinn, Esq.<br>Penny P. Reid, Esq.<br>WEIL GORSHAL & MANGES, LLP<br>767 Fifth Avenue<br>New York, New York 10023 |
| Timothy G. Cameron, Esq.<br>Michael T. Reynolds, Esq.<br>Paul C. Saunders, Esq.<br>Daniel Slifkin, Esq.<br>CRAVATH, SWAINE & MOORE, LLP<br>825 Eighth Avenue<br>New York, New York 10019 | Nathan D. Finch, Esq.<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, DC 20005<br><br>Leslie Margaret Kelleher, Esq.<br>CAPLIN & DRYSDALE, CHARTERED (NYC)<br>375 Park Avenue<br>35th Floor<br>New York, NY 10152-1100 |

_____
William H. Narwold

# RHODE ISLAND SUPREME COURT

Office of the Clerk  Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

DONALD A MIGLIORI
MOTLEY RICE LLC
POST OFFICE BOX 6067
321 SOUTH MAIN STREET
PROVIDENCE, RI 02940-6067

    This certifies that DONALD A MIGLIORI of PROVIDENCE, RHODE ISLAND, is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on 20-JUL-1993 admitted to practice in all the Courts of said State, as appears of record in this the office of the clerk of the Supreme Court of said State and is in good standing and qualified to practice in said Courts. The Supreme Court is the highest Court in the State.

    Given under my hand and the seal of said Supreme Court at Providence, on April 24, 2008.

_____
Clerk

SU_CERT_GD_STD
June 2005